No. 90–1391.   HEJL *v.* CITY OF AUSTIN ET AL.   C. A. 5th Cir. Certiorari denied.

No. 90–1394.   UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION ET AL. *v.* JOHN MORRELL & CO.   C. A. 8th Cir. Certiorari denied.

No. 90–1395.   HARRELL ET UX. *v.* UNIROYAL-GOODRICH TIRE CO.   C. A. 3d Cir.   Certiorari denied.

No. 90–1400.   BENNETT ET AL. *v.* DIRECT MARKETING ASSN., INC.   C. A. 9th Cir.   Certiorari denied.

No. 90–1402.   EWING ET UX. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 90–1403.   THOMAS *v.* HARRINGTON ET AL.   Sup. Ct. Mont. Certiorari denied.

No. 90–1408.   BROWN *v.* THOMAS STEEL STRIP CORP. ET AL. C. A. 6th Cir.   Certiorari denied.

No. 90–1410.   GOAD *v.* ROLLINS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–1413.   DISTRICT COUNCIL OF IRON WORKERS OF CALIFORNIA AND VICINITY, AFL–CIO, ET AL. *v.* CAMPING CONSTRUCTION CO.   C. A. 9th Cir.   Certiorari denied.

No. 90–1418.   PHILLIPPE *v.* KALLINS ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 90–1421.   INDEPENDENT SCHOOL DISTRICT No. 4, TULSA COUNTY, OKLAHOMA *v.* JOHNSON, A MINOR, BY AND THROUGH JOHNSON ET UX., HER FATHER AND MOTHER, AS NEXT FRIENDS. C. A. 10th Cir.   Certiorari denied.

No. 90–1422.   MASCIOPINTO *v.* WHATLEY.   C. A. 7th Cir. Certiorari denied.

No. 90–1429.   RAJALA, TRUSTEE IN BANKRUPTCY FOR GENERAL POLY CORP. *v.* ALLIED CORP.   C. A. 10th Cir.   Certiorari denied.